## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

BENJAMIN LUCAS,

     Plaintiff,

 v.

CARFAX, INC.,

     Defendant.

**Case No. 8:25-cv-00632-JRR**

## <u>DEFENDANT CARFAX, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>

Defendant CARFAX, Inc., appearing specially and without waiver of any applicable defenses, pursuant to Federal Rule of Civil Procedure 6 and Local Rule 105.9, file this Consent Motion for Extension of Time to Respond to Plaintiff's Complaint.  In support of this motion, CARFAX states the following:

1. On February 25, 2025, Plaintiff Benjamin Lucas filed his Class Action Complaint (ECF No. 1).  Summons to CARFAX was issued on February 26, 2025 (ECF No. 2).

2. CARFAX was subsequently served on February 28, 2025 (ECF No. 5).  CARFAX's response to the Complaint is currently due on March 21, 2025.

3. Counsel for CARFAX were recently retained in this matter, and require additional time to investigate the allegations in the Complaint and prepare an appropriate response.

4. Accordingly, CARFAX respectfully requests a brief extension, up to and including April 11, 2025, to answer or otherwise respond to the Complaint and file a Local Rule 103.3 Corporate Disclosure Statement.

5. This motion is brought for good cause, will not unduly delay the proceedings, and will not prejudice Plaintiff.  This is the first extension requested by CARFAX.

6. On March 17, 2025, CARFAX's counsel contacted Plaintiff's counsel regarding this extension request.  Plaintiff's counsel had no objection, and consents to this request.

7. A proposed order is attached pursuant to Local Rule 105.1.

Respectfully submitted this 20th day of March, 2025.

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Amy Brown Doolittle*
Amy Brown Doolittle (Bar No. 15455)
amy.doolittle@squirepb.com
2550 M Street NW
Washington, DC 20037
Telephone: +1 202 626 6707
Facsimile: +1 202 457 6315

Kristin L. Bryan (*pro hac vice* forthcoming)
kristin.bryan@squirepb.com
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: +1 216 479 8070
Facsimile: +1 216 479 8780

*Attorneys for Defendant*
*CARFAX, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

BENJAMIN LUCAS,

                    Plaintiff,                                 **Case No. 8:25-cv-00632-JRR**

  v.

CARFAX, INC.,

                    Defendant.

_____

        I hereby certify that on this March 20th, 2025, a true and correct copy of the foregoing was

filed via the Court's CM/ECF system which will notify the following counsel of record:

        Michael Burns (Bar No. 20687)
        mburns@hilgersgraben.com
        HILGERS GRABEN PLLC
        601 Pennsylvania Ave. NW
        South Building Suite 900
        Washington, D.C. 20004
        Tel: 202-985-1664
         Fax: 402-413-1880

        Edward H. Zebersky (*pro hac vice*)
        ezebersky@zpllp.com
        Zebersky Payne LLP
        110 Southeast 6th Street, Suite 2900
        Fort Lauderdale, FL 33301
        954-595-6059

        *Counsel for Plaintiff*

                                        By: */s/ Amy Brown Doolittle*
                                        Amy Brown Doolittle (Bar No. 15455)
                                        amy.doolittle@squirepb.com
                                        2550 M Street NW
                                        Washington, DC 20037
                                        Telephone: +1 202 626 6707

Facsimile: +1 202 457 6315

*Attorneys for Defendant*
*CARFAX, Inc.*