# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Benjamin Lucas

**Plaintiff,**

\*

\*

**v.**                                          **Case No.** 8:25-cv-00632-JRR

\*

CARFAX, Inc.

\*

**Defendant.**

\*

## MOTION FOR ADMISSION PRO HAC VICE

I, John A. Burlingame , am a member in good standing of the bar of this

Court.   I am moving the admission of Kristin L. Bryan

to appear pro hac vice in this case as counsel for Defendant CARFAX, Inc. .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York: 4/27/2011; Ohio: 5/2/2016 | 6th Cir: 1/25/2022; 5th Cir: 8/23/2021 |
| | SDNY: 9/10/2023; NDNY: 6/25/2020 |
| | NDOH: 6/17/2016; D. Colo: 12/16/2020 |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court zero time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

 /s/ John A. Burlingame
_____
Signature

 John A. Burlingame (15456)
_____
Printed name and bar number

 Squire Patton Boggs (US) LLP
_____
Office name

 2550 M Street NW, Washington, DC 20037
_____
Address

 +1 202 626 6871
_____
Telephone number

 +1 202 457 6315
_____
Fax Number

 john.burlingame@squirepb.com
_____
Email Address

PROPOSED ADMITTEE

 /s/ Kristin L. Bryan (signed with permission of K. Bryan)
_____
Signature

 Kristin L. Bryan
_____
Printed name

 Squire Patton Boggs (US) LLP
_____
Office name

 1000 Key Tower, 127 Public Square, Cleveland, OH 44114
_____
Address

 +1 216 479 8070
_____
Telephone number

 +1 216 479 8780
_____
Fax Number

 kristin.bryan@squirepb.com
_____
Email Address