IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN LUCAS,<br><br>    Plaintiff,<br>v.<br>CARFAX, INC.,<br><br>    Defendant. | Case No. 8:25-cv-00632-JRR |

**DISCLOSURE OF CORPORATE INTEREST**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3, Defendant CARFAX, Inc., by and through its undersigned counsel, hereby files this Disclosure of Corporate Interest:

  1.  Defendant CARFAX, Inc., a Pennsylvania corporation, hereby discloses that its parent corporation is S&P Global Inc, a publicly held New York Corporation.

  2.  Specifically, CARFAX, Inc. is wholly owned by Polk Carfax, Inc., a Michigan corporation. Polk Carfax, Inc. is wholly owned by R.L. Polk & Co., a Delaware corporation. R.L. Polk & Co. is wholly owned by IHS Global Inc., a Delaware corporation. IHS Global Inc. is wholly owned by IHS Holding Inc., a Delaware corporation. IHS Holding Inc. is wholly owned by IHS Inc., a Delaware corporation. IHS Inc. is owned by IHS Global Holding LLC, a Delaware limited liability company. IHS Global Holding LLC is owned by Markit North America, Inc., a Delaware corporation. Markit North America, Inc. is wholly owned by IHS Markit Global Investments Limited, a United Kingdom Private Limited Company. IHS Markit Global Investments Limited is wholly owned by IHS Markit US Holdings Ltd., a Bermuda Exempted

Company.  IHS Markit US Holdings Ltd. is wholly owned by S&P Global Zeta Limited, a United Kingdom Private Limited Company.  S&P Global Zeta Limited is wholly owned by S&P Global Kappa LLC, a Delaware limited liability company.  S&P Global Kappa LLC is wholly owned by IHS Markit Group Equity Limited, a United Kingdom Private Limited Company.  IHS Markit Group Equity Limited is wholly owned by IHS Markit North America Holdings Inc., a Delaware corporation.  IHS Markit North America Holdings Inc. is wholly owned by S&P Global International Holdings Limited, a United Kingdom Private Limited Company.  S&P Global International Holdings Limited is wholly owned by S&P Global Epsilon Limited, a United Kingdom Private Limited Company.  S&P Global Epsilon Limited is wholly owned by S&P Global Iota LLC, a Delaware Limited Liability Company.  S&P Global Iota LLC is wholly owned by S&P Global Capital Limited, a United Kingdom Private Limited Company.  S&P Global Capital Limited is wholly owned by S&P Global European Holdings LLC, a Delaware Limited Liability Company.  S&P Global European Holdings LLC is wholly owned by S&P Global Inc., a publicly held New York Corporation.

Respectfully submitted this 14th day of April, 2025.

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ John A. Burlingame*
John A. Burlingame (Bar No. 15456)
john.burlingame@squirepb.com
2550 M Street NW
Washington, DC 20037
Telephone: +1 202 626 6871
Facsimile: +1 202 457 6315

Kristin L. Bryan (admitted *pro hac vice*)
kristin.bryan@squirepb.com
1000 Key Tower
127 Public Square

Cleveland, OH 44114
Telephone: +1 216 479 8070
Facsimile: +1 216 479 8780

*Attorneys for Defendant
CARFAX, Inc.*