**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

BENJAMIN LUCAS,

      Plaintiff,

    v.

CARFAX, INC.,

      Defendant.

**Case No. 8:25-cv-00632-JRR**

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 105, Plaintiff Benjamin Lucas respectfully requests an order extending the deadline for Plaintiff to file his memorandum in opposition to Defendant CARFAX, Inc.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 10) ("Motion to Dismiss") and the deadline for Defendant to file a reply memorandum in support of same. In support, Plaintiff states as follows.

1. On February 25, 2025, Plaintiff filed the Complaint (ECF No. 1).

2. On February 28, 2025, Defendant was served (ECF No. 5).

3. On March 20, 2025, Defendant moved (with Plaintiff's consent) for an extension of the deadline to respond to the Complaint from March 21, 2025, through and until April 11, 2025 (ECF No. 6). The Court granted the consent motion on March 24, 2025 (ECF No. 7).

4. On April 11, 2025, Defendant filed the Motion to Dismiss. Plaintiff's memorandum in opposition to the Motion to Dismiss is currently due on April 25, 2025.

5. On April 15, 2025, counsel for the parties discussed and each party consented to a two-week extension of the deadline for Plaintiff's memorandum in opposition to the Motion to

Dismiss and a two-week extension of the deadline for Defendant's reply memorandum in support of the Motion to Dismiss.

6. Accordingly, Plaintiff respectfully requests an extension of the deadline to file his memorandum in opposition to the Motion to Dismiss through and until May 9, 2025, as well as an extension of the deadline for Defendant to file its reply memorandum in support of the Motion to Dismiss through and until June 6, 2025.

7. This motion is brought for good cause, will not unduly delay the proceedings, and will not prejudice either party.

8. A proposed order is attached pursuant to Local Rule 105.1.

Dated: April 15, 2025                                   Respectfully submitted,

                                                        HILGERS GRABEN PLLC

                                                        */s/ Michael Burns*
                                                        Michael Burns (D. Md. Bar # 20687)
                                                        601 Pennsylvania Ave. NW
                                                        South Building Suite 900
                                                        Washington, D.C. 20004
                                                        202-985-1664
                                                        mburns@hilgersgraben.com

                                                        *Counsel for Plaintiff*