IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN LUCAS,<br><br>        Plaintiff,<br><br>v.<br><br>CARFAX, INC.,<br><br>        Defendant. | Case No. 8:25-cv-00632-JRR |

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Plaintiff Benjamin Lucas hereby submits his Opposition to Defendant Carfax, Inc.'s Motion to Dismiss the Complaint (ECF No. 10; the "Motion"). Plaintiff respectfully requests that the Court deny the Motion for the reasons set forth in the accompanying Memorandum, consistent with the authorities cited therein.

Dated: May 9, 2025

                                                            Respectfully submitted,

                                                            HILGERS GRABEN PLLC

                                                            */s/ Michael Burns*
                                                            Michael Burns (D. Md. Bar # 20687)
                                                           601 Pennsylvania Ave. NW
                                                           South Building Suite 900
                                                           Washington, D.C. 20004
                                                           202-985-1664
                                                           mburns@hilgersgraben.com

                                                           and

Edward Zebersky (admitted *pro hac vice*)
Berger Singerman LLP
1450 Brickell Ave., Suite 1900
Miami, FL
954-712-5180
ezebersky@bergersingerman.com

*Counsel for Plaintiff*

2