# EXHIBIT A

| Report Number: BW0206001M | State of Maryland Motor Vehicle Crash Report | Reporting Agency: GREENBELT POLICE DEPARTMENT |
|---|---|---|

### Case Information:
| | | |
|---|---|---|
| Report Type: **Injury Crash** | County: **Prince George's** | Municipality: **N/A** |
| Local Case No.: **2303931** | Local Codes: | Crash Date: **12/4/2023** |
| Investigating Officer **OFC A. Sims - 0206** | | Crash Time: **06:54 PM**  ☐ Photos Taken |

### Location:
| | |
|---|---|
| GPS X-Coordinates: **-76.8746199803819** | GPS Y-Coordinates: **38.9942503445572** |
| Main Road: **GREENBELT RD** | Route #: **MD193** |
| Intersecting Road: **HANOVER PKWY** | Intersecting Route #: **MU205** |
| Mile Point: **7.25**    Mile Point Direction: **E** | Distance: **10 F**    Distance Direction: **E** |

### Accident Diagram:



### Narrative:
VEH1 WAS TRAVELING E/B ON GREENBELT RD AND WAS CHANGING LANES FROM THE LEFT TURN LANE TO LANE3 TO GO STRAIGHT.

VEH2 WAS TRAVELING E/B ON GREENBELT RD AND HIT THE REAR OF VEH1. VEH2 LOST CONTROL AND SLID COMING TO A FINAL RESTING SPOT AT GREENBELT RD AND HANOVER PKWY.

WITNESS STATED VEH1 WAS IN LET TURN LANE AND CHANGED INTO LANE3 AND CLIPPED VEH2 AND KEPT DRIVING. VEH1 WENT DOWN THE STREET AND TURNED AROUND TO RETURN TO SCENE.

DRIVER OF VEH2 WAS TRANSPORTED TO CAPITOL MEDICAL REGIONAL CENTER FOR TREATMENT.

### Crash Type:
| | | | |
|---|---|---|---|
| Collision Type: | **Other** | | |
| Harmful Event One: | **Other Vehicle** | Harmful Event Two: | **N/A** |
| Fixed Object Struck: | **N/A** | School Bus Involved: | **Not Involved** |
| Const./Maint. Zone: | **No** | Const./Maint. Loc.: | |
| Workers Present: | | Const./Maint. Closure: | |

### Road/Area:
| | | | | | |
|---|---|---|---|---|---|
| Lane No.: | **3** | Lane Dir.: **E** | | Lane Type: | |
| No. of Lanes: | **5** | Rd. Alignment: **Straight** | | Rd. Grade: **Level** | |
| Rd. Division: | **Two-Way, Divided, Positive Median Barrier** | Traffic Control: **Traffic Signal** | | TC Functioning: **Yes** | |
| Intersection: | **Four-Way Intersection** | Inter. Area: **N/A** | | | |
| Junction: | **N/A** | | | | |

### Conditions:
| | | |
|---|---|---|
| Road Condition: | **No Defects** | Contrib - Road: **N/A** |
| Weather: | **Clear** | Contrib - Environment: **N/A** |
| Surface Condition: | **Dry** | Light: **Dark Lights On** |

## Vehicle 1 ( ▇ ):

### Basic Information

| | | | |
|---|---|---|---|
| Registration: ▇ | Tag State: **MD** | Exp Year: **2024** | VIN #: **5NPEC4AB6DH661321** |
| Year: **2013** | Make: **HYUNDAI** | Model: **SONATA** | Body Type: **Passenger Car** |
| Insurer: **PROGRESSIVE** | | Policy #: **UNK** | |
| Towed Vehicle: **N/A** | | | |

### At Fault/Citation(s)

At Fault: **Yes**    Citation Issued: **No**    Citation Code:

### Owner

First: ▇    Middle:    Last: ▇
Street: ▇    Home Phone:
City: ▇    State: ▇    Zip: **20770**    Other Phone: ▇

### Driver:

DL#: ▇    DL State: **MD**    DL Class: **C**    CDL: **No**
First: ▇    Middle: ▇    Last: ▇
Street: ▇
City: ▇    State: ▇    Zip: **20770**    Home Phone: ▇
DOB: ▇    Sex: **M**    Other Phone:

Safety Equip.: **Shoulder/Lap Belt(S)**    Equip. Problem: **N/A**    Airbag Deployed: **Not Deployed**

Alch. Test Given: **N/A**    Alch. Test Type:    BAC:
Substance Use: **None Detected**    Drug Test Given: **N/A**    Drug Test Result:

Condition: **Apparently Normal**    Ejected: **Not Ejected/Trapped**
Injury Severity: **No Apparent Injury**    EMS Unit:    EMS Run Number:

### Impact & Damage

First Impact: **Five Oclock**    Areas Damaged: **Five Oclock, Six Oclock**
Main Impact: **Five Oclock**
Most Harmful Event: **Other Vehicle**
Damage Extent: **Superficial**    Fire: **No**

### Circumstances

Going Direction: **E**    Continuing Direction: **E**    Vehicle Movement: **Changing Lanes**    Speed Limit: **45**
Left Scene: **No**    Driverless Vehicle: **No**    Emergency Vehicle: **No**
Special Function: **N/A**

Contrib. Circumstances Person: **N/A**
Driver Distracted By: **Not Distracted**    Contrib. Circumstances Vehicle: **N/A**

Sequence of Events: **Struck Motor Vehicle In Transport**

### Towing

Towed: **No**    Removed By:    Removed To:

**END - Vehicle 1 ( ▇ )**

## Vehicle 2 ( ):

### Basic Information

| | | | |
|---|---|---|---|
| Registration: | Tag State: MD | Exp Year: 2024 | VIN #: 1HD1TCL15JB958377 |
| Year: 2018 | Make: HARLEY DAVIDSON | Model: FLTRXSE | Body Type: Motorcycle |
| Insurer: PROGRESSIVE | | Policy #: | |
| Towed Vehicle: N/A | | | |

### At Fault/Citation(s)

At Fault: No    Citation Issued: No    Citation Code:

### Owner

| | | | |
|---|---|---|---|
| First: | Middle: | Last: | |
| Street: | | | Home Phone: |
| City: | State: | Zip: 20774 | Other Phone: |

### Driver:

| | | | |
|---|---|---|---|
| DL#: | DL State: MD | DL Class: CDL | CDL: No |
| First: | Middle: | Last: | |
| Street: | | | |
| City: | State: | Zip: 20774 | Home Phone: |
| DOB: | Sex: M | | Other Phone: |

Safety Equip.: Mc/Bike Helmet And Eye Protection    Equip. Problem: N/A    Airbag Deployed: N/A

| | | |
|---|---|---|
| Alch. Test Given: N/A | Alch. Test Type: | BAC: |
| Substance Use: None Detected | Drug Test Given: N/A | Drug Test Result: |

Condition: Apparently Normal    Ejected: Fully Ejected
Injury Severity:    EMS Unit: A    EMS Run Number: PF23120437

### Impact & Damage

First Impact: Twelve Oclock    Areas Damaged: Twelve Oclock, Eleven Oclock, Ten Oclock
Main Impact: Twelve Oclock
Most Harmful Event: Other Vehicle
Damage Extent: Disabling    Fire: No

### Circumstances

Going Direction: E    Continuing Direction: E    Vehicle Movement: Moving Constant Speed    Speed Limit: 45
Left Scene: No    Driverless Vehicle: No    Emergency Vehicle: No
Special Function: N/A

Contrib. Circumstances Person: N/A
Driver Distracted By: Not Distracted    Contrib. Circumstances Vehicle: N/A

Sequence of Events: Struck Motor Vehicle In Transport

### Towing

Towed: Yes    Removed By: GREENBELT RD SHELL    Removed To: GREENBELT RD SHELL

**END - Vehicle 2 ( )**



| Witness ( ▓▓▓▓▓ : | | | |
|---|---|---|---|
| First: ▓▓▓▓ | Middle: ▓▓▓ | | Last: ▓▓▓ |
| Street: ▓▓▓▓ | | | |
| City: ▓▓▓ | State: ▓ | | Zip: **20010** |
| Home Phone: ▓▓▓ | Other Phone: | | |

| EMS Unit A (PG FIRE EMS 848): ||
|---|---|
| EMS Type: **Ground Transport** | Taken to: **CAPITAL MEDICAL REGIONAL CENTER** |