**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

BENJAMIN LUCAS,

  *Plaintiff*,

  v.

CARFAX, INC.,

  *Defendant*.

**Civil No.: 8:25-cv-00632-JRR**

**ORDER**

Pending before the court is Defendant CARFAX, Inc.'s Motion to Dismiss.  (ECF No. 10; the "Motion.")   The court has reviewed all papers; no hearing is necessary.  Local Rule 105.6 (D. Md. 2025).  For the reasons set forth in the accompanying memorandum opinion, it is this 23rd day of March 2026:

**ORDERED** that the Motion (ECF No. 10) shall be, and is hereby, **DENIED**, except that Plaintiff may not proceed on a theory that Defendant obtained and/or disclosed personal information derived from his driver's license and registration in violation of the Driver's Privacy Protection Act; and further it is

**ORDERED** that Defendant shall answer Plaintiff's Complaint in accordance with the Federal and Local Rules.

          /S/

         _____

         Julie R. Rubin
         United States District Judge