IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BENJAMIN LUCAS,

    *Plaintiff,*

    v.

CARFAX, INC.,

    *Defendant.*

Civil No.: 8:25-cv-00632-JRR

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' Initial Joint Status Report (ECF No. 22), it is this 5th day of May 2026, **ORDERED** that the Scheduling Order at ECF No. 21 shall be amended as set forth herein and otherwise remains in full force and effect.

### Scheduling Order Deadlines

| | |
|---|---|
| June 4, 2026: | Moving for joinder of additional parties and amendment of pleadings |
| June 4, 2026: | Rule 26(a)(1)(A) disclosures |
| October 1, 2026: | Motion for Class Certification |
| November 19, 2026: | Opposition to Motion for Class Certification |
| December 10, 2026: | Plaintiff's reply in support of Motion for Class Certification |
| 90 days following class certification decision: | Plaintiff's Rule 26(a)(2) disclosures |
| 120 days following class certification decision: | Defendant's Rule 26(a)(2) disclosures |
| 135 days following class certification decision: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |

| | |
|---|---|
| 145 days following class certification decision: | Rule 26(e)(2) supplementation of disclosures and responses |
| 175 days following class certification decision: | Discovery deadline; submission of status report |
| 185 days following class certification decision: | Responses to requests for admission |
| 200 days following class certification decision: | Dispositive pretrial motions deadline |

In addition, each side shall be limited to 20 deposition hours of fact witnesses (including parties).


Date:  May 5, 2026

                                    _____/s/_____
                                    Julie R. Rubin
                                    United States District Judge

2