**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| BENJAMIN LUCAS,<br><br>Plaintiff,<br><br>v.<br><br>CARFAX, INC.,<br><br>Defendant. | **Case No. 8:25-cv-00632-JRR** |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Benjamin Lucas ("Plaintiff") and Defendant CARFAX, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby submit this Joint Notice of Settlement and state that the parties have reached an agreement in principle to settle the claim Plaintiff asserts against Defendant in this action. The parties are currently working together to finalize the settlement agreement. Once the agreement is executed, the parties will file the appropriate dismissal documents with the Court. In the meantime, the parties respectfully request that all deadlines set by the Court's Amended Scheduling Order (ECF No. 24) be stayed indefinitely.

Dated: October 1, 2026

Respectfully submitted,

By: _______/s/_______________
Michael Burns (Bar No. 20687)
**HILGERS PLLC**
601 Pennsylvania Ave. NW
South Building Suite 900
Washington, D.C. 20004
Tel: 202-985-1664
Fax: 402-413-1880
mburns@hilgerslaw.com

By: ______/s/____________________
John A. Burlingame (Bar No. 15456)
(signed by Michael Burns with permission of John A. Burlingame)
**SQUIRE PATTON BOGGS (US) LLP**
john.burlingame@squirepb.com
2550 M Street NW
Washington, DC 20037
Telephone: +1 202 626 6871
Facsimile: +1 202 457 6315

Edward H. Zebersky (pro hac vice)
**ZEB LAW, LLP**
1895 Tyler St, Suite 301
Hollywood, FL 33020
954-989-6333
ezebersky@zeblaw.net

*Counsel for Plaintiff*
*Benjamin Lucas*

Kristin L. Bryan (admitted *pro hac vice*)
**SQUIRE PATTON BOGGS (US) LLP**
kristin.bryan@squirepb.com
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: +1 216 479 8070
Facsimile: +1 216 479 8780

*Attorneys for Defendant*
*CARFAX, Inc.*